modified by increasing the amount of the alimony to be paid to the plaintiff to the sum of forty dollars weekly as and for her support and maintenance, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

PETER BELL and BERTHA MARTIN, Respondents, v. FOSTER LAND CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT EDWARD LEE MAXEY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEATRICE P. TRENKMAN, Appellant, v. ISAAC T. FLATTO, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEATRICE P. TRENKMAN, Appellant, v. ISAAC T. FLATTO, Respondent, Impleaded with Another.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs. (See Trenkman v. Smith, 226 App. Div. 774.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BEATRICE P. TRENKMAN, Appellant, v. CLAIR SMITH, Respondent, Impleaded with Another.— Judgment and order reversed, with costs, and the motion denied, with ten dollars costs, with leave to the defendant, respondent, to answer within twenty days from service of order upon payment of said costs. (See Trenkman v. Smith, 226 App. Div. 774.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MICHELANGELO VERINI v. EDWARD MOLISANI and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before December 23, 1929, with notice of argument for January 7, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HELEN SCHROEDER v. SAMUEL BUCHLER.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before January 2, 1930, with notice of argument for January 21, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the GREENWICH LODGE CORPORATION on Petition of ALFRED W. KANY and Others. MAHLSTEDT-STEEN SECURITIES CORPORATION and Another. — Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed on or before December 31, 1929, with notice of argument for January 10, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. OTTO BLENK.— Motion to dismiss appeal granted, unless appellant procure the record on appeal and appellant's points to be filed on or before January 7, 1930, with notice of argument for January 23, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IDA CHERSONSKY, an Infant, etc., v. HYMAN I. PERSH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on